```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
  CRIMINAL DOCKET PARTY INFORMATION FOR CASE A99-0182--CR (JWS)
                    "USA V KEVIN DAVID JACKSON"
                    DEF 1.1 JACKSON, KEVIN DAVID

  In public format, including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
                Filed: 12/15/99
               Closed: 06/08/00
   No. of Defendants: 1
      MJ Case Number: A99-0175--MJ
                  AKA:
      Location status: U.S. Custody
           Trial date:
           Terminated: YES
    Needs interpreter: NO
    Counsel of record: Mary Jane Haden
                       Federal Public Defender
                       550 W. 7th Avenue, Suite 1600
                       Anchorage, AK 99501
                       907-646-3400
                       FAX 907-646-3480
                       Serve: YES
                        Type: FPD
                        Role: Other


   PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record: Kevin Feldis
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial


   Counts re: DEF 1.1 JACKSON, KEVIN DAVID
```

| Document   | Count | Citation and Description        | Disposition       |
|------------|-------|---------------------------------|-------------------|
| 1 -  1 IND | 1     | 18:2113(a) BANK ROBBERY (F)     | Sentenced (80-1)  |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A99-0182--CR (JWS)
"USA V KEVIN DAVID JACKSON"

In public format, for all filing dates
```

Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
           Filed: 12/15/99
          Closed: 06/08/00
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 12/15/99 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 11/29/99 in A99-0175 MJ (JDR). |
| 1 - 1 | 12/15/99 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - 1 | 12/15/99 | [Re: DEF 1] AHB Grand Jury Minutes re bail as prev set by MJ continued; set for arr & notifi USM/cnsl; def in custody. |
| 3 - 1 | 12/15/99 | [Re: DEF 1] Documents #2 through #7 transferred from A99-0175MJ (JDR). |
| 4 - 1 | 12/16/99 | [Re: DEF 1] JDR Minute Order re Arr set before MJ Branson for 12/17/99 at 10:00 a.m. cc: USA, FPD, USM, USPO, MJ Branson |
| NOTE - 2 | 12/17/99 | Issued: Speedy Trial Notice issued to Judge Sedwick.  cc: Pam Richter |
| 5 - 1 | 12/17/99 | [Re: DEF 1] AHB Court Minutes [ECR: Linda Christensen] re Arr on Indt (held 12/17/99); def pled not guilty; def detained; PTM's due 1/3/00. cc: USA, FPD, USM, USPO |
| 6 - 1 | 12/17/99 | [Re: DEF 1] AHB Order of Detention Pending Trial. cc: USA, FPD, USM, USPO |
| 7 - 1 | 12/17/99 | [Re: DEF 1] AHB Order regarding preparation for trial re PTM's due 1/3/00; cnsl to meet & confer by 12/22/99. cc: USA, FPD |
| 8 - 1 | 12/20/99 | [Re: DEF 1] JWS Minute Order re TBJ set for 2/23/00 at 9:00 a.m.; FPTC set for 2/23/00 at 8:30 a.m. cc: USA, FPD, USM, USPO, MJ Roberts, JC |
| 9 - 1 | 12/22/99 | [Re: DEF 1] PLF 1 Certificate of discovery conference. |
| 10 - 1 | 01/03/00 | DEF 1 Unopposed Motion for extension of time to file pretrial motions w/att aff of cnsl. |
| 10 - 2 | 01/03/00 | DEF 1 Unopposed Motion on shortened time re: unopposed motion for extension of time to file pretrial mots. |
| 11 - 1 | 01/04/00 | [Re: DEF 1] JDR Order grant unopposed mot on shortened time; PTM's due 1/10/00. cc: USA, FPD |
| 12 - 1 | 01/04/00 | DEF 1 Attorney Substitution of M. Geddes for K. McCoy. |
| 12 - 2 | 01/05/00 | Order granting attorney substitution.  cc: USA, FPD, USM, PO |
| 13 - 1 | 01/05/00 | [Re: DEF 1] PLF 1 Stipulation Pursuant to discovery conference. |
| 14 - 1 | 01/10/00 | DEF 1 motion to compel production of identification evidence w/atch memo. |
| 14 - 2 | 01/10/00 | DEF 1 motion to suppress impermissibly suggestive out-of-court identifications or for evidentiary hrg w/att memo. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A99-0182--CR (JWS)
                        "USA V KEVIN DAVID JACKSON"
```

In public format, for all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 01/18/00 | [Re: DEF 1] PLF 1 opposition (response) to DEF 1 motion to compel production of identification evidence (14-1) w/att exhs. |
| 15 - 2 | 01/18/00 | [Re: DEF 1] PLF 1 opposition (response) to DEF 1 motion to suppress impermissibly suggestive out-of-court identifications or for evidentiary hrg (14-2) w/att exhs. |
| 16 - 1 | 01/20/00 | DEF 1 motion to extend time to reply to government's opposition w/att aff of cnsl. |
| 17 - 1 | 01/20/00 | {SEALED} |
| 18 - 1 | 01/21/00 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to extend time to reply to government's opposition (16-1). |
| 19 - 1 | 01/21/00 | [Re: DEF 1] JDR Minute Order granting motion to extend time to reply to government's opposition (16-1), motion to withdraw as counsel (17-1); FPD to designate cnsl for def from CJA Panel; matter currently set for trial 2/23/00 before USDJ Sedwick; def's reply to govt's oppo to mot to compel & mot to suppress (14-1 & 14-2) due 1/28/00. cc: USA, FPD, CJA Clerk, USM, USPO, Judge Sedwick |
| 20 - 1 | 01/27/00 | [Re: DEF 1] JDR Order granting/denying motion to compel production of identification evidence (14-1). cc: USA, H. Pearce |
| 21 - 1 | 01/27/00 | [Re: DEF 1] JDR Notice re Pretrial Hrg; re limited evident hrg on def's motion to suppress identification testimony set for 1/8/00 at 10:00 a.m. cc:  USA, H. Pearce, USM, USPO |
| 22 - 1 | 01/28/00 | DEF 1 Attorney Appearance of H. Pearce. |
| 23 - 1 | 01/28/00 | DEF 1 reply (response) to opposition to DEF 1 motion to suppress impermissibly suggestive out-of-court identifications or for evidentiary hrg  (14-2) w/att exhs. |
| 24 - 1 | 01/31/00 | {SEALED} |
| 25 - 1 | 01/31/00 | {SEALED} |
| 26 - 1 | 02/02/00 | {SEALED} |
| 27 - 1 | 02/03/00 | [Re: DEF 1] Transcript of cont prel/detention hrg in case A99-175 MJ (JDR) held 12/07/99. |
| 28 - 1 | 02/07/00 | {SEALED} |
| 29 - 1 | 02/09/00 | [Re: DEF 1] JDR Court Minutes [ECR: Roy Van Hollebeke] Limited evident hrg on def's mot to suppress identification testimony (14-2) (held 2/8/00); crt taking under advisement & issue R&R re motion to suppress impermissibly suggestive out-of-court identifications or (14-2). w/atch witness/exhibit list. cc: USA, H. Pearce |
| 30 - 1 | 02/11/00 | Initial R&R re: DEF 1 motion to suppress impermissibly suggestive out-of-court identifications (14-2). Recommended be denied; Objections due NOON 02/16/00. Reply due NOON 02/17/00. cc: USA, H. Pearce, Judge Sedwick |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A99-0182--CR (JWS)
                             "USA V KEVIN DAVID JACKSON"

                        In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 31 - | 1 | 02/14/00 | DEF 1 motion and memorandum to continue trial set for 02/23/00 w/att aff. |
| 31 - | 2 | 02/14/00 | DEF 1 motion for shortened time re: 31-1 w/att aff. |
| 32 - | 1 | 02/16/00 | [Re: DEF 1] JWS Minute Order re pltf's oppo to def's motion for continuance due by COB 2/18/00; no reply will be fld unless requested by the crt. cc: USA, H. Pearce |
| 33 - | 1 | 02/16/00 | DEF 1 Unopposed Motion on shortened time to extend time for filing trial brief, prop voir dire and prop jury instr until ruling on def's mot to continue trial w/att aff. |
| 34 - | 1 | 02/16/00 | DEF 1 objection to R&R re: DEF 1 motion to suppress impermissibly suggestive out-of-court identifications or for evidentiary hrg (14-2). |
| 35 - | 1 | 02/16/00 | [Re: DEF 1] JWS Minute Order granting motion for shortened time re: 31-1 (31-2); re scheduling conf set for 2/11/00 at 10:30 a.m. to addresss def's motion for continuance of trial & the crt's own scheduling problem; FPTC & TBJ se for 2/23/00 are VACATED; new dates will be set at the 2/22/00 scheduling conf. cc: USA, H. Pearce, USM, USPO, MJ Roberts, JC |
| 36 - | 1 | 02/17/00 | [Re: DEF 1] JWS Order GRANTING unopposed mot (33-1); def to file trial brf, prop voir dire and prop jury instr due by 2/25/00; the 2/25/00 date will be extended upon request to a somewhat later date if trial is reset for a date later than 3/1/00.  cc: USA, H. Pearce |
| 37 - | 1 | 02/17/00 | [Re: DEF 1] PLF 1 reply to objection to R&R re: DEF 1 motion to suppress impermissibly suggestive out-of-court identifications or for evidentiary hrg  (14-2). |
| 38 - | 1 | 02/17/00 | DEF 1 motion (request) that government provide specific Brady/exculpatory information. |
| 39 - | 1 | 02/17/00 | DEF 1 supplemental objections to R&R re: DEF 1 motion to suppress impermissibly suggestive out-of-court identifications or for evidentiary hrg  (14-2) w/att exh. |
| 39 - | 2 | 02/17/00 | DEF 1 motion for reconsideration of Magistrate's recommendtion regarding motion to suppress w/att exhs. |
| 40 - | 1 | 02/18/00 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion and memorandum to continue trial set for 02/23/00 (31-1) w/att exh. |
| 41 - | 1 | 02/18/00 | [Re: DEF 1] PLF 1 reply (response) to supplemental objections to R&R re: DEF 1 motion to suppress impermissibly suggestive out-of-court identifications or for evidentiary hrg (14-2). |
| 41 - | 2 | 02/18/00 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion for reconsideration of Magistrate's recommendtion regarding motion to suppress (39-2). |
| 42 - | 1 | 02/22/00 | [Re: DEF 1] Transcript of Limited Evident hrg on def's motion to suppress identification testimony (held 2/8/00). |
| 43 - | 1 | 02/22/00 | DEF 1 motion and memorandum to expedite transcript production of evidentiary hrg 02/08/00 w/att aff. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CRIMINAL DOCKET ENTRIES FOR CASE A99-0182--CR (JWS)
                                  "USA V KEVIN DAVID JACKSON"

                              In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 43 - 2 | 02/22/00 | DEF 1 motion for shortened time w/att aff of cnsl. |
| 44 - 1 | 02/23/00 | DEF 1 withdrawal of motion to expedite transcript. |
| 44 - 2 | 02/23/00 | Clerk's Notice withdrawing motion and memorandum to expedite transcript production of evidentiary (43-1), motion for shortened time (43-2) per withdrawal (41-1). |
| 45 - 1 | 02/24/00 | DEF 1 Unopposed Motion & memo to extend pretrial ddlns until 03/13/00. |
| 46 - 1 | 02/28/00 | [Re: DEF 1] JDR Order granting motion for reconsideration of Magistrate's recommendation regarding motion to suppress (39-2). cc: USA, H. Pearce |
| 46 - 2 | 02/28/00 | Final R&R re: DEF 1 motion to suppress impermissibly suggestive out-of-court identifications or for evidentiary hrg (14-2). MJ recommends denial of motion. Matter rady for USDJ. cc: USA, H. Pearce, Judge Sedwick |
| 47 - 1 | 02/28/00 | [Re: DEF 1] JWS Order GRANTING unopposed mot (45-1); def shall file trial brf, proposed voir dire and proposed jury instructions by 3/13/00. cc: USA, H. Pearce |
| 48 - 1 | 02/29/00 | [Re: DEF 1] JWS Court Minutes [ECR: Linda Christensen] granting motion and memorandum to continue trial set for 02/23/00 (31-1); FPTC set 3/20/00 at 8:30 a.m.; TBJ set 9:00 a.m., 3/20/00. cc: USA, H. Pearce, USM, PO, MJ Roberts, JC |
| 49 - 1 | 02/29/00 | [Re: DEF 1] JWS Order denying motion to suppress possible in-court identification (14-2). cc: USA, H. Pearce, MJ Roberts |
| 50 - 1 | 03/02/00 | [Re: DEF 1] JDR Minute Order granting motion (request) that government provide specific Brady/exculpatory (38-1); govt shall comply within 5 days; excludable delay found 2/17/00 to 3/2/00 (15 days). cc: USA, H. Pearce |
| 51 - 1 | 03/10/00 | [Re: DEF 1] JWS Minute Order that 3/30/00 FPTC and TBJ rescheduled to commence 3/28/00 8:30 a.m., and 9:00 a.m. respectively. cc: USA, H. Pearce, USM, PO, JC, MJ Roberts |
| 52 - 1 | 03/10/00 | [Re: DEF 1] PLF 1 motion for an order regarding trial subpoenas and pretrial deadlines. |
| 52 - 2 | 03/10/00 | p[Re: DEF 1] PLF 1 motion on shortened time re: motion for order regarding trial subpoenas and pretrial ddlns. |
| 52 - 3 | 03/13/00 | [Re: DEF 1] JWS Order granting motion for an order regarding trial subpoenas and pretrial deadlines (52-1), motion on shortened time re: motion for order regarding trial subpoenas and pretrial deadlines (52-2); trial brief, proposed jury instruction & voir dire 3/21/00. cc: USA, H. Pearce |
| 53 - 1 | 03/14/00 | DEF 1 motion (request) for crt apptd cnsl & motion to allow withdrawal of cnsl. |
| 54 - 1 | 03/15/00 | DEF 1 Unopposed Motion & memo on shortened time to address def's previously filed request for new counsel w/att aff. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A99-0182--CR (JWS)
                         "USA V KEVIN DAVID JACKSON"

                     In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 55 - | 1 | 03/15/00 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion (request) for crt apptd cnsl & motion to allow withdrawal of cnsl. (53-1). |
| 56 - | 1 | 03/16/00 | [Re: DEF 1] JDR Minute Order hrg on def's request for crt apptd cnsl & mot to allow withdrawal of cnsl (53-1) set for 3/17/00 at 9:30 a.m. cc: USA, H. Pearce, USM, USPO |
| 57 - | 1 | 03/16/00 | [Re: DEF 1] PLF 1 motion (application) to use DEPS in trial set for 03/28/00. |
| 58 - | 1 | 03/17/00 | [Re: DEF 1] JWS Minute Order granting motion (application) to use DEPS in trial set for 03/28/00 (57-1). cc: USA, H. Pearce |
| 59 - | 1 | 03/17/00 | [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton] re hrg on def's request for crt apptd cnsl & mot to allow withdrawal of cnsl (53-1)(held 3/17/00); denying motion (request) for crt apptd cnsl & motion to allow withdrawal of cnsl (53-1). cc: USA, H. Pearce |
| 60 - | 1 | 03/21/00 | [Re: DEF 1] PLF 1 Voir Dire. |
| 61 - | 1 | 03/21/00 | [Re: DEF 1] PLF 1 Proposed Jury Instructions. |
| 62 - | 1 | 03/21/00 | [Re: DEF 1] PLF 1 Trial Brief. |
| 63 - | 1 | 03/21/00 | DEF 1 Trial memo. |
| 64 - | 1 | 03/21/00 | DEF 1 general voir dire. |
| 65 - | 1 | 03/21/00 | DEF 1 Proposed Jury Instructions. |
| 66 - | 1 | 03/22/00 | DEF 1 Supplemental briefing of trial memo (63-1). |
| 67 - | 1 | 03/23/00 | {SEALED} |
| 67 - | 2 | 03/23/00 | {SEALED} |
| 68 - | 1 | 03/24/00 | [Re: DEF 1] PLF 1 Notice of government's DEPS presentation w/att exhs. |
| 69 - | 1 | 03/24/00 | {SEALED} |
| 70 - | 1 | 03/24/00 | [Re: DEF 1] PLF 1 Notice of Intent to change plea. |
| 71 - | 1 | 03/27/00 | [Re: DEF 1] JWS Minute Order that matter had been set on for TBJ but now rescheduled for PCOP 3/27/00 at 2:30 p.m.  cc: USA, H. Pearce, USM, PO, MJ Roberts |
| 72 - | 1 | 03/27/00 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 73 - | 1 | 03/29/00 | [Re: DEF 1] JWS Court Minutes [ECR: Roy Van Hollebeke] PCOP hrg (held 3/27/00) def changed plea to guilty to Ct 1 as charged in the indictment; IOS set for 6/5/00 at 8:30am; def detained, pending IOS; final pretrial conf & TBJ are VACATED. cc: USA, J. Pearce, USM, PO, MJ Roberts, JC |
| 74 - | 1 | 03/29/00 | [Re: DEF 1] JDR Minute Order denying as moot motion for authorization of witness & mileage fee payments (67-1) as def failed to comply w/Crt's ord (69-1) & in light of PCOP hrg.  cc: USA, H. Pearce |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET ENTRIES FOR CASE A99-0182--CR (JWS)
                         "USA V KEVIN DAVID JACKSON"

                      In public format, for all filing dates

Document #    Filed      Docket text

    75 -  1  04/24/00   DEF 1 CJA appointment of H. Pearce.

    76 -  1  05/18/00   [Re: DEF 1] JWS Minute Order re IOS prev set for 6/5/00 is RESET for
                        6/6/00 at 10:30 a.m. cc: USA, H. Pearce, USM, USPO

    77 -  1  05/30/00   PLF 1 Sentencing Memorandum.

    78 -  1  05/30/00   DEF 1 Sentencing Memorandum w/att exhs.

    79 -  1  06/07/00   [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] IOS (6/6/00);
                        sentenced  70 months; supervised release 3 years; SA $100.00;
                        restitution $850 to 1st National Bnk of Anch. & $100.00 to Foot Locker;
                        def remanded to custody of USM.

    80 -  1  06/08/00   [Re: DEF 1] JWS Judgment pleaded guilty to count(s) 1 of the Indictment
                        (1-1); Sent 70 mos; SR 36 mos; SA $100; Restitution $950. cc: USA, H.
                        Pearce, USM, USPO, MJ Roberts, FLU, K. Jackson w/cnsls cy

    81 -  1  06/09/00   DEF 1 Notice of absence of cnsl from 6/9/00 -6/18/00.

    82 -  1  07/19/00   [Re: DEF 1] Partial Transcript of IOS held 06/06/00.

  NOTE -  3  07/25/00   Issued: Writ of execution on PFD.

    83 -  1  07/25/00   [Re: DEF 1] PLF 1 AFF & request for issuance of writ of execution on
                        PFD.

    84 -  1  10/02/00   Return of judgment executed 09/12/00.

    85 -  1  10/02/00   Return of writ on PFD executed 08/07/00 w/att exhs.

    86 -  1  02/13/02   Return of subps.

    87 -  1  10/27/05   [Re: DEF 1] JWS Order and petition for SR modif; def to refrain from
                        unlawful use of a controlled substance & submit to drug testing. cc:
                        USPO

  NOTE -  4  11/04/05   [Re: DEF 1] Issued WOA on 11/2/05.

    88 -  1  11/04/05   [Re: DEF 1] JWS Order and petition for revoc of SR; pet referred to MJ
                        Roberts for I/A/prel hrg; evid hrg before MJ only upon consent. cc: USA,
                        Def w/USM cy, USM, USPO, MJ Roberts

  NOTE -  5  11/10/05   [Re: DEF 1] USM Notice of Arrest; defendant arrested 11/10/05.

    89 -  1  11/14/05   [Re: DEF 1] JDR Order of Detention Pending Trial.  cc: USA, FPD, USM,
                        USPO

    90 -  1  11/14/05   [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton] re Initial
                        Appearance on Petition to Revoke Supervised Release (held 11/14/05);
                        deft denied allegations 1 & 2 of petition; MJ Haden accepted appt;
                        consent to be filed by 11/16/05 or case to be transferred to U.S.
                        District Judge; deft detained.  cc: USA, FPD, USM, USPO

    91 -  1  11/14/05   [Re: DEF 1] Financial Affidavit.

    92 -  1  11/16/05   DEF 1 Attorney Appearance of M.J. Haden (FPD).
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A99-0182--CR (JWS)
                          "USA V KEVIN DAVID JACKSON"

                    In public format, for all filing dates
```

| Document # | Filed | Docket text |
| --- | --- | --- |
| 93 - 1 | 11/21/05 | [Re: DEF 1] JDR Minute Order re no consent having been fld re: pet to revoke SR; matter referred to Judge Sedwick for further proceedings. cc: USA, FPD, USM, USPO, Judge Sedwick |
| 94 - 1 | 11/21/05 | DEF 1 Notice of Intent to admit to allegations. |
| 95 - 1 | 12/01/05 | [Re: DEF 1] JWS Minute Order setting revocation hrg & disposition hrg on 12/7/05 @ 9:30 a.m.. cc: USA, FPD, USM, USPO, MJ Roberts |
| 96 - 1 | 12/07/05 | [Re: DEF 1] JWS Court Minutes [ECR: April Karper] re Revoc Hrg & Disposition Hrg on Pet to Revoke SR (held 12/7/05); def admitted allegations 1 and 2 of the Pet to Revoke SR; SR revoked, def imprisoned for a period of 16 months; def remanded to the custody of the USM; cc: USA, FPD, USM, USPO, MJ Roberts. |
| 97 - 1 | 12/08/05 | [Re: DEF 1] JWS Amended Judgment for revocation of SR; def admitted allegations 1-2 of pet; SR revoked; def sentenced to 16 mos impr. cc: USA, FPD, USM, USPO, MJ Roberts, Def w/cnsls cy |