# United States District Court
## for the
## DISTRICT OF ALASKA

RECEIVED
JAN 31 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA )
)
) Case Number: A99CR0182
)
vs. ) **WARRANT FOR ARREST**
)
)
Kevin D. Jackson )

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Kevin D. Jackson and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with two violations of his term of supervised release.

_/s/ John W. Sedwick_
John W. Sedwick
Chief U.S. District Court Judge

11-2-05
Date

USMS – D/ALASKA – WARRANTS
FID # 371652
WARRANT # 0606-1102-0112-0
Entered NCIC  11/2/05
Entered APSIN  11/2/05

Removed NCIC _____
Removed APSIN _____

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at:

ANCHORAGE, AK

| Date Received: 11/2/2005 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 11/10/2005 | DUSM John Olson USMS | _/s/_ |